IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 78-418-N |
| v. | ) ) ) | |
| CITY OF NORFOLK, VIRGINIA, | ) ) ) | |
| Defendant. | ) ) ) | |

## UNITED STATES' UNOPPOSED MOTION TO DISSOLVE CONSENT DECREE

Plaintiff United States of America ("United States") hereby submits this unopposed motion to dissolve the 1978 consent decree ("Decree") that resolved the United States' lawsuit alleging Defendant City of Norfolk ("City") unlawfully discriminated against blacks and females in the employment of police officers and firefighters.

The City has been and is in substantial compliance with the central objective of the Decree, which was to remedy allegations of employment discrimination in regard to sworn positions in the Police and Fire Departments. Since the Decree was entered, the City's employment of black and female applicants in sworn positions in its Police and Fire Departments has increased substantially. Nearly half a century later, the Decree has clearly outlasted its need or utility as a temporary measure to remedy allegations from 1978 of employment discrimination by the City's Police and Fire Departments. Furthermore, the City has met the Decree's stated employment goals for the departments warranting dissolution under the Decree's express terms.

For these reasons, termination of the 1978 Decree is requested. The United States'

counsel has conferred with the City's counsel, who has stated the City does not oppose this

motion.   A memorandum in support of this motion, and a proposed order consistent with this

motion, are submitted to the Court herewith.

Dated: July 7, 2025

FOR PLAINTIFF UNITED STATES:

      HARMEET K. DHILLON
      Assistant Attorney General
      Civil Rights Division

      ERIC A. SELL
      Acting Deputy Assistant Attorney General
      Civil Rights Division

BY:    /s/ Louis Whitsett
      LOUIS WHITSETT (DC Bar No. 257626)
      Senior Trial Attorney
      U.S. Department of Justice
      Civil Rights Division
      Employment Litigation Section
      4 Constitution Square, Room 9.1138
      Washington, D.C.  20002
      Telephone: (202) 305-5828
      Facsimile: (202) 514-1005
      Email:  Louis.Whitsett@usdoj.gov

      ERIK SIEBERT
      U.S. Attorney
      Eastern District of Virginia

By:    /s/ Kent P. Porter
      KENT P. PORTER (VA Bar No. 22853)
      Supervisory Assistant U.S. Attorney
      Eastern District of Virginia
      8000 World Trade Center
      101 West Main Street
      Norfolk, Virginia 23510
      Telephone: (757) 441-6331

Facsimile: (757) 441-6689
Kent.Porter@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on July 7, 2025, a true and correct copy of the United States' Unopposed Motion to Dissolve Consent Decree was served upon the below-listed attorney for the City of Norfolk in this matter via electronic mail.

Jack Cloud
Deputy City Attorney
City Attorney's Office
810 Union Street
Norfolk, Virginia 23510
Email: Jack.Cloud@norfolk.gov

Date: July 7, 2025

*Attorney for the Plaintiff United States of America*

/s/ Louis Whitsett
LOUIS WHITSETT
DC Bar No. 257626
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
4 Constitution Square, Room 9.1134
Washington, D.C.  20002
Telephone: (202) 305-5828
Facsimile: (202) 514-1005